No. 94–618. IOWA ET AL. v. HOLIDAY INNS FRANCHISING, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took

no part in the consideration or decision of this petition. 